UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SAVIER ROJAS-DURAN,<br>                          Defendant. | 25-cr-446 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a hearing on the alleged violation of supervised release on January 13, 2026 at 10 a.m. in Courtroom 15A.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge