# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw com
website: wwwdoarlaw com

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619·3730
FACSIMILE: (212) 962-5037

January 12, 2026

*Application GRANTED. The proceeding will now take place on January 26, 2026, at 2:30 PM.*

**Via ECF Filing**
Honorable Arun Subramanian
United States District Judge
500 Pearl Street
New York, New York 10007

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 13, 2026

Re: *United States v. Savier Rojas-Duran*
<u>Docket # 25 Cr. 446 (AS)</u>

Dear Judge Subramanian:

I was appointed to represent Mr. Rojas-Duran in the above-referenced Violation of Supervised Release proceeding.  There presently is scheduled for January 13, 2026, a conference in this matter.  I write now to request that this conference be adjourned to January 26, 2026 at 2:30 p.m., which I understand is a date and time available on the Court's calendar.  The reason for this request is to allow the parties to consider certain matters and to discuss a path forward. The Government consents to this adjournment.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/
John F. Kaley

cc:  All counsel via ECF filing