

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 23, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**  *United States v. Savier Rojas-Duran*, **25 Cr. 446** (AS)

Dear Judge Subramanian:

The parties write with the consent of the Probation Department to respectfully request that the conference in this Violation of Supervised Release ("VOSR") proceeding, currently scheduled for January 26, 2026, be adjourned for approximately two weeks. The parties make this request after having conferred with Jennifer Arango, Mr. Rojas-Duran's assigned Probation Officer, who recommends that Mr. Rojas-Duran enter an inpatient substance abuse treatment program next week, as provided for in the Special Conditions of his supervised release. All parties are available for the rescheduled conference on February 5 and February 9, 2026, if any times on those dates are suitable to the Court.

Application GRANTED. The conference will now take place on Thursday, February 5, 2026, at 1:00 PM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 23, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    ____/s/_____
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

Cc:    John Kaley, Esq. (by ECF)
Probation Officer Jennifer Arango (by email)