UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 25-cr-446 (AS) |
| SAVIER ROJAS-DURAN, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court adjourned the April 7, 2026 conference due to a scheduling conflict. The conference is hereby adjourned to **Tuesday, April 14, 2026, at 10:00 AM.**

SO ORDERED.

Dated: April 7, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge