UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                          Plaintiff,

          -against-                                    25-CR-446 (AS)

Savier Rojas-Duran,                                    ORDER

                          Defendant.


ARUN SUBRAMANIAN, United States District Judge:

        The Court will hold a supervised release revocation hearing in this case on April 28, 2026, at 2 p.m. in Courtroom 15A.

        SO ORDERED.

Dated: April 14, 2026
        New York, New York

                                              _____
                                              ARUN SUBRAMANIAN
                                              United States District Judge