UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

                              :

UNITED STATES OF AMERICA,            :

                              :

        -v-                    :         25-cr-446 (AS)

                              :

SAVIER ROJAS-DURAN,             :         <u>ORDER</u>

                              :

           Defendant.        :

                              :

------------------------------------------------------------------------X

Arun Subramanian, United States District Judge:

     IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United

States Marshals.

     SO ORDERED.

Dated: April 14, 2026
      New York, New York                          _____

                                          ARUN SUBRAMANIAN
                                    United States District Judge