

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Rojas-Duran*, 25 Cr. 446 (AS)

Dear Judge Subramanian:

  The Government respectfully submits this letter in connection with the above-captioned violation of supervised release proceeding. For the reasons discussed on the record at today's hearing, the Government agrees with the Court's proposal to modify the conditions of the defendant's supervised release to require successful completion of an inpatient substance abuse treatment program. The Government understands based on conversations with the Probation Office that the inpatient program to which the defendant will be referred will include mental health treatment and vocational programming, which will be available to the defendant in Spanish.

  Consistent with the Court's proposal, and following the hearing today at which defendant and his counsel were afforded the opportunity to make a statement and present information in mitigation, consistent with Fed. R. Crim. P. 32.1(c)(1), the Government respectfully requests that the Court modify the terms of defendant Savier Rojas-Duran's supervised release, pursuant to 18 U.S.C. § 3583(e)(2), to include the following special condition:

  <u>You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.</u>

Application GRANTED. The Court hereby modifies the defendant's supervised release to adopt the above underlined language.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 14, 2026

Page 2

        As discussed at today's hearing, the Government will confer with the Probation Office and defense counsel to ensure that the defendant is referred to an inpatient program for intake prior to the next conference in this matter on May 21, 2026 at 2:00 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _Christian Ronald_
Christian B. Ronald
Assistant United States Attorney
(212) 637-2417

cc:     Counsel of Record (via ECF)
       Probation Officer Jennifer Arango (via email)
       Probation Officer John Gomez (via email)