UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                        Plaintiff,

        -against-

Savier Argenis Rojas-Duran,

                     Defendant.

25-CR-446 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The sentencing hearing currently scheduled for May 21, 2026, is rescheduled to June 2, 2026, at 11 a.m. in Courtroom 15A.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

                                   ARUN SUBRAMANIAN
                               United States District Judge